U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:23-CV-117-GNS

***ELECTRONICALLY FILED***

| | |
|---|---|
| DONNA EDGE | PLAINTIFF |
| v. | |
| CIRCLE K STORES INC. ;<br>MAC'S CONVENIENCE STORES, LLC<br>d/b/a CIRCLE K; and,<br>UNIFIRST CORPORATION | DEFENDANTS |

## NOTICE OF REMOVAL

Defendants, Circle K Stores Inc. and Mac's Convenience Stores, LLC d/b/a/ Circle K for their Notice of Removal of this action to the United States District Court for the Western District of Kentucky, hereby states:

1. On or about September 18, 2023, Plaintiff filed her Complaint in this action against Defendants in Daviess Circuit Court. A copy of the Complaint was received by Circle K Stores Inc. and Mac's Convenience Stores LLC's agents for service of process on or about September 25, 2023. *See* Complaint, Summons, and Notices attached hereto with State Court Record as Exhibit 1.

2. Plaintiff alleges she was injured at a Circle K store in Owensboro, Kentucky on or about September 26, 2022. She also sued Defendant Unifirst Corporation and alleges Defendants' negligence caused her to trip and fall. In her Complaint, Plaintiff seeks unspecified damages but alleges she sustained permanent personal injuries as well as pain and suffering, lost wages, the

power and ability to labor and earn, and other damages. *See* Complaint attached hereto with State Court Record as Exhibit 1.

3. Before she filed her Complaint, Plaintiff alleged to Defendants that she suffered a comminuted humeral fracture and incurred medical bills totaling $116,041.39.

4. Upon information and belief, Plaintiff was at all times relevant a citizen of the Commonwealth of Kentucky. *See* Complaint attached hereto with State Court Record as Exhibit 1.

5. At all times relevant, Circle K Stores Inc. was a Texas corporation with its principal office in Tempe, Arizona. *See* documentation from the Kentucky Secretary of State, attached hereto as Exhibit 2.

6. At all times relevant, Defendant, Mac's Convenience Stores, LLC d/b/a Circle K was a Delaware company with its principal place of business located in Columbus, Indiana. *See* documentation from the Kentucky Secretary of State, attached hereto as Exhibit 3. Further, at all times relevant, Mac's Members/Managers were diverse citizens. Specifically, Manager Kathleen Cunnington was a citizen of Tempe, Arizona; Manager Melissa Duncan was a citizen of Columbus, Indiana; Manager Debra Gooldy was a citizen of Columbus, Indiana; and, Manager Matthew P. Dolan was a citizen of Akron, Ohio. *See* Annual Report attached hereto with Exhibit 3.

7. Upon information and belief, at all times relevant, Unifirst Corporation was a Massachusetts corporation with its principal office in Wilmington, Massachusetts. *See* documentation from the Kentucky Secretary of State, attached hereto as Exhibit 4. Unifirst consents to the removal of this action to this Court.

8. Given the circumstances outlined above, this action is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 by reason of the diversity of the citizenship of the parties and the amount in controversy. Thus, the action is properly removed to this Court pursuant to 28 U.S.C. § 1441 and § 1446.

9. This Notice is accompanied by copies of all process, pleadings, and orders served on Defendants in this action and all documents filed by them in this action pursuant to 28 U.S.C. § 1446(a). *See* Exhibit 1.

10. This Notice is being filed within thirty (30) days after removing Defendants were served with Plaintiff's Complaint, thus it is timely filed pursuant to 28 U.S.C. § 1446(b).

11. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

12. Venue is proper in this Court pursuant to 28 U.S.C. §1441(a) because the United States District Court for the Western District of Kentucky, Owensboro Division, is the federal judicial district and division embracing the Daviess Circuit Court (Daviess County, Kentucky) where this action was originally filed.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon all parties and a copy is being filed with the Daviess Circuit Court.

14. Because 28 U.S.C. § 1332(a) confers federal subject matter jurisdiction over this action, removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

**WHEREFORE,** Defendants, Circle K Stores Inc. and Mac's Convenience Stores LLC d/b/a Circle K request that this Court assume full jurisdiction over this action as provided by law.

                                          Respectfully submitted,

                                          */s/ Andrew "Pete" Pullen*
                                          Andrew D. "Pete" Pullen
                                          O'BRYAN, BROWN & TONER, PLLC
                                          401 South Fourth Street, Suite 2200
                                          Louisville, Kentucky 40202
                                          Ph:  (502)585-4700
                                          Fax:  (502)585-4703
                                          pullenp@obtlaw.com
                                          **Counsel for Defendants**

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 25, 2023**, I electronically filed the foregoing with the Clerk of the Court by using the PACER CM/ECF system, which will send a notice of electronic filing to all registered participants. Additionally, I certify that a copy of the foregoing was emailed to the following:

| | |
|---|---|
| Lauren Marley<br>MORGAN & MORGAN<br>360 East Eighth Avenue, Suite 411<br>Bowling Green, KY  42101<br>lmarley@forthepeople.com<br>**Counsel for Plaintiff** | Gregg E. Thornton<br>WARD, HOCKER & THORNTON, PLLC<br>333 West Vine Street, Suite 1100<br>Lexington, KY  40507<br>gthornton@htlaw.com<br>**Counsel for Unifirst** |

                                          */s/ Andrew "Pete" Pullen*
                                          Andrew D. "Pete" Pullen
                                          **Counsel for Defendants**