U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:23-CV-00117-GNS

***ELECTRONICALLY FILED***

DONNA EDGE                                                                                          PLAINTIFF

v.

CIRCLE K STORES, INC.,
MAC'S CONVENIENCE STORES, LLC d/b/a Circle K, and
UNIFIRST CORPORATION                                                                    DEFENDANTS

---

### CIRCLE K'S CROSS-CLAIM AGAINST UNIFIRST CORPORATION

---

Defendants, Circle K Stores, Inc., and Mac's Convenience Stores, LLC d/b/a Circle K, by counsel, for their Cross-Claim against UniFirst Corporation state:

### INTRODUCTION

1. At all times relevant, Mac's Convenience Stores, LLC d/b/a Circle K was a Delaware corporation licensed to do business within the Commonwealth of Kentucky, with its principal place of business located in, Columbus, IN and its agent for service of process being Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

2. At all times relevant, Circle K Stores, Inc., was a Texas corporation licensed to do business within the Commonwealth of Kentucky, with its principal office located in Tempe, Arizona and its agent for service of process being Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

3. At all times relevant, UniFirst Corporation was a Kentucky corporation licensed to do business within the Commonwealth of Kentucky, with its principal office located at 68 Jonspin

1

Road, Wilmington, MA 01887 and its agent for service of process being The Prentice Hall Corporation System, 421 West Main Street, Frankfort, KY 40601.

## ALLEGATIONS

4. In the underlying cause of action, the Plaintiff, Donna Edge, alleges that on September 26, 2022, she was injured while at the Circle K store located at 5625 KY-144, Owensboro, Kentucky 42303, when she tripped and fell due to a floor mat.

## CONTRACTUAL DEFENSE AND INDEMNITY

5. Co-Defendant, UniFirst Corporation, entered into a U.S. National Supplier Agreement on March 15, 2021, with Circle K Procurement and Brands Limited, (attached hereto as Exhibit 1). Circle K Brands represents, acts on behalf of, and for the benefit of affiliated companies including Circle K Stores Inc., and Mac's Convenience Stores LLC. *See* Exhibit 1 at p.3. UniFirst Corporation agreed to supply floor mats to Circle K Stores. *See* Exhibit 1 at p.4 and 18.

6. Pursuant to the U.S. National Supplier Agreement between Circle K Procurement and Brands Limited and UniFirst Corporation, including but not limited to Section 2, services provided by UniFirst Corporation were required to be executed in a good and workman-like manner by qualified and careful workers in accordance with industry standards of skill, care and diligence standardly practiced by firms performing similar services. *See* Exhibit 1 at p. 5.

7. The floor mat that was delivered by UniFirst Corporation to the Circle K Store located at 5625 KY-144, Owensboro, Kentucky 42303, was not delivered in a manner consistent with requirements of Section 2 of the U.S. National Supplier Agreement between Circle K Procurement and Brands Limited and UniFirst Corporation. The floor mat's faulty positioning and

placement was not in accordance with industry standards of skill, care, and diligence standardly practiced by firms performing similar services.

8. Pursuant to the U.S. National Supplier Agreement between Circle K Procurement and Brands Limited and UniFirst Corporation, including but not limited to Section 3, products delivered to Circle K Brand affiliate stores were required to be of a high quality and fit for its intended purpose and purposes for which goods of the same description would be ordinarily used. *See* Exhibit 1 at p. 5.

9. The floor mat that was delivered by UniFirst Corporation to the Circle K Store located at 5625 KY-144, Owensboro, Kentucky 42303, was defective and/or faulty and did not meet the standards required under Section 3 of the U.S. National Supplier Agreement between Circle K Procurement and Brands Limited and UniFirst Corporation.

10. Pursuant to the U.S. National Supplier Agreement between Circle K Procurement Brands Limited and UniFirst Corporation, including but not limited to Section 12.1, UniFirst Corporation is required to indemnify, defend, and hold harmless Circle K Stores, Inc., and Mac's Convenience Stores, LLC, as affiliates of Circle K Brands. As such, Unifirst Corporation should immediately assume the defense of Circle K Stores, Inc. and Mac's Convenience Stores.

11. To the extent there is any liability found in this action, Circle K Stores, Inc. and Mac's Convenience Stores, LLC, d/b/a Circle K, are entitled to indemnity from UniFirst Corporation. *See* Exhibit 1 at p.11.

## **COMMON LAW INDEMNITY AND/OR CONTRIBUTION**

12. Defendants re-allege each and every allegation in Paragraphs 1-11 of this Cross-Claim as if fully set forth herein.

13. At all times relevant, UniFirst Corporation was contractually responsible for providing items to Circle K Brand affiliates of a high quality that are fit for their intended purpose and purposes for which goods of the same description would be ordinarily used. Further, UniFirst Corporation was contractually responsible for executing deliveries in a good and workman-like manner by qualified and careful workers in accordance with industry standards of skill, care and diligence standardly practiced by firms performing similar services.

14. If there was a defect in the floor mat or poor placement of the floor mat that Plaintiff alleges she tripped on, it was caused by UniFirst Corporation, and that was the sole proximate cause of any damages Plaintiff may have suffered.

15. Any negligence on the part of the Circle K Store or Mac's Convenience Stores, which is specifically denied, was passive and secondary to the negligence of UniFirst Corporation, which was active and primary.

16. As a result of the acts and omissions of UniFirst Corporation, Circle K is entitled to and demands common law indemnification of liability and damages between the parties to this action including UniFirst Corporation.

17. Accordingly, Defendants, Circle K Stores, Inc., and Mac's Convenience Stores, are entitled to relief by indemnification of any liability to Plaintiff by UniFirst Corporation.

## **APPORTIONMENT**

18. Defendants re-allege each and every allegation in Paragraphs 1 – 17 of this Cross-Claim as if fully set forth herein.

19. Pursuant to KRS 411.182, in the event that Defendants, Circle K Stores, Inc. and Mac's Convenience Stores, LLC, d/b/a Circle K, are deemed liable in any respect for any of the claims or damages alleged by Plaintiffs in this action, they are entitled to a judgment or an offset

of any damages under the defenses of contribution and/or apportionment of liability from UniFirst Corporation.

**WHEREFORE,** the Defendants, Circle K Stores, Inc. and Mac's Convenience Stores, LLC, d/b/a Circle K demand as follows:

1. Defense from UniFirst Corporation;

2. Indemnification from UniFirst Corporation, in the event liability is found; and

3. Apportionment of liability under KRS 411.182, in the event that liability is found; and

4. Any and all other relief to which they may appear entitled.

 

Respectfully submitted,

*/s/ Andrew D. "Pete" Pullen*
Andrew D. "Pete" Pullen
Mary E. Dyche
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
Phone – (502) 585-4700
pullenp@obtlaw.com
dychem@obtlaw.com
**Counsel for Defendants Circle K Stores, Inc., and Mac's Convenience Stores, LLC d/b/a Circle K**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on **February 1, 2024,** a true and accurate copy of the foregoing was served via electronic mail upon the following, as well as being electronically filed with the Clerk of the Court by the PACER CM/ECF system, which sends a notice of electronic filing to all registered parties:

Lauren Marley
MORGAN & MORGAN
360 East Eighth Avenue, Suite 411
Bowling Green, KY  42101
lmarley@forthepeople.com
**Counsel for Plaintiff**

Gregg E. Thornton
Clay E. Thornton
WARD, HOCKER & THORNTON, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
gthornton@whtlaw.com
clay.thornton@whtlaw.com
**Counsel for Unifirst Corporation**

     */s/ Pete Pullen*
     A.  Pete Pullen
     **Counsel for Defendants Circle K Stores, Inc., and Mac's Convenience Stores, LLC d/b/a Circle K**